**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7126**

UNITED STATES OF AMERICA,

        Plaintiff- Appellee,

    v.

DENNIS ALLEN BREWER,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis III, Senior District Judge.  (1:91-cr-00342-TSE-1)

Submitted: October 21, 2008     Decided: October 29, 2008

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Dennis Allen Brewer, Appellant Pro Se.  Beth Nicole Gibson, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis Allen Brewer seeks to appeal the district court's order reducing his sentence from 360 months' imprisonment to 324 months' imprisonment under 18 U.S.C.A. § 3582 (West 2000 & Supp. 2008).  In criminal cases, the defendant must file the notice of appeal within ten days after the entry of judgment.  Fed. R. App. P. 4(b)(1)(A); see United States v. Alvarez, 210 F.3d 309, 310 (5th Cir. 2000) (holding that § 3582 proceeding is criminal in nature and ten-day appeal period applies).  With or without a motion, upon a showing of excusable neglect or good cause, the district court may grant an extension of up to thirty days to file a notice of appeal.  Fed. R. App. P. 4(b)(4); United States v. Reyes, 759 F.2d 351, 353 (4th Cir. 1985).

The district court entered its order on April 25, 2008.  The notice of appeal was filed on June 19, 2008.  Because Brewer failed to file a timely notice of appeal or to obtain an extension of the appeal period, we dismiss the appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED